# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 1:18-cv-01596 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's August 14, 2018, Minute Order, Defendant U.S. Department of Education ("ED") and Plaintiff Democracy Forward Foundation (collectively, "the Parties") provide the following Joint Status Report to the Court:

1. Plaintiff filed its Complaint in this action (ECF No. 1) on July 5, 2018, pursuant to the Freedom of Information Act ("FOIA"). Defendant answered on August 10, 2018 (ECF No. 6).

2. The Parties have conferred and report that ED is conducting its searches for records potentially responsive to Plaintiff's request. ED anticipates that it can complete its searches and propose a processing and production schedule to Plaintiff in approximately two weeks.

3. The Parties do not anticipate that an *Open America* stay will be necessary in this case. The Parties recommend postponing setting a briefing schedule until they can review the results of the searches.

4. The Parties propose to file a second Joint Status Report no later than October 4, 2018, setting forth recommendations for further proceedings.

Dated: September 4, 2018

Respectfully submitted,

<table>
<tr><td>

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Scott.Sroka@usdoj.gov

*Counsel for Defendant*

</td><td>

By: /s/ *John T. Lewis*
Javier M. Guzman, D.C. Bar No. 462679
John T. Lewis, D.C. Bar No. 1033826
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jguzman@democracyforward.org
jlewis@democracyforward.org

*Counsel for Plaintiff*

</td></tr>
</table>