# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant.* | Case No. 1:18-cv-1596 (APM) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report. Counsel for the parties met and conferred by email on September 18, 21, and 29, October 4, and by telephone on September 26. Plaintiff has agreed to narrow its search parameters in an effort to facilitate production and Defendant is in the process of running the new searches. Once the searches are run, Defendant will propose a production schedule. For these reasons, the parties respectfully request that the Court order the submission of another joint status report on November 5, 2018, to apprise the Court of the status of this matter.

Dated: October 4, 2018

/s/ *John T. Lewis*
JOHN T. LEWIS
D.C. Bar No. 1033826
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org

Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka (with consent)*
SCOTT LEESON SROKA
Member of New York Bar
Assistant United States Attorney

555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Scott.Sroka@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

      /s/ *John T. Lewis*
      John T. Lewis