UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:18-cv-01596 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 5, 2018, Minute Order, Defendant U.S. Department of Education ("ED") and Plaintiff Democracy Forward Foundation (collectively, "the Parties") provide the following Joint Status Report to the Court. The parties conferred on November 5, 2018 by telephone. The parties were unable to reach agreement on the rate of production and, as such, have incorporated separate statements in this Joint Status Report.

**Defendant's Statement**

1. Plaintiff filed its Complaint in this action (ECF No. 1) on July 5, 2018, pursuant to the Freedom of Information Act ("FOIA"). Defendant answered on August 10, 2018 (ECF No. 6).

2. Defendant has completed running three of four new searches based on the narrowed parameters agreed to by the Parties. The first search resulted in 1,097 e-mails (1,276 items); the second search resulted in 1,473 e-mails (1,755 items); and the third search resulted in 566 e-mails (687 items).

3. Defendant proposes to complete its searches and begin processing 400 records per month on December 1, 2018, with a first production of relevant, non-exempt records to be made to Plaintiff on or before January 2, 2019.

4. Defendant proposes to file another Joint Status Report no later than January 4, 2019, setting forth recommendations for further proceedings.

**Plaintiff's Statement**

5. As explained in the parties' last Joint Status Report, Plaintiff "agreed to narrow its search parameters in an effort to facilitate production." ECF No. 8 at 1. Defendant also agreed that "[o]nce the searches are run, Defendant will propose a production schedule" (*id.*), so that the parties could resolve disputes regarding that schedule without the Court's intervention.

6. Pursuant to that goal, counsel for Plaintiff emailed counsel for Defendant on October 29 and November 1 to inquire about Defendants' proposed production schedule. Counsel for Defendant responded on November 1, informing counsel for Plaintiff that agency counsel was in the process of checking with the individual who performed the searches.

7. On November 5, counsel for Defendant sent counsel for Plaintiff a draft status report containing the proposed production schedule described in Defendant's statement.

8. That afternoon, Plaintiff and Defendant conferred via telephone regarding the proposed schedule. Counsel for Defendant would not agree to alter either the 400 records-per-month timeframe or the proposed January 2, 2019 initial production date. Counsel for Defendant did not identify any special circumstances requiring a 400 records-per-month production rate, instead averring that 400 records is within the average for FOIA cases. Assuming no duplicate records, production of Defendant's first three searches would take nearly nine months under the proposed schedule.

9. Courts have ordered production rates substantially higher than 400 records-per-month where the records sought are of particular interest to the public. *See, e.g.*, *Seavey v. Dep't of Justice*, 266 F. Supp. 3d 241, 248 (D.D.C. 2017); *Clemente v. Fed. Bureau of Investigation*, 71 F. Supp.

3d 262, 269 (D.D.C. 2014). Here, the records sought by Plaintiff are essential to the public's understanding of the connections between top officials of the Department of Education and for-profit colleges and accreditors. In particular, one subject of the request, Diane Jones, recently recommended that the Department again grant provisional recognition to an accreditor with a history of failing to conduct sufficient oversight of for-profit colleges.[1] As a bare minimum, however, courts have held that 500 records-per-month is a presumptively reasonable figure. *See, e.g.*, *Middle E. Forum v. U.S. Dep't of Homeland Sec.*, 297 F. Supp. 3d 183, 187 & n.3 (D.D.C. 2018) (collecting cases).

10. Furthermore, there is no reason for Defendant to wait until December 1, 2018 to begin processing records, only to actually produce them one month later, on January 2, 2019. Counsel for Defendants did not identify any special circumstances requiring such a delay.

11. Based on the foregoing, Plaintiff respectfully requests that the Court order Defendant to process documents at a rate of 750 records-per-month. Plaintiff also respectfully requests that the Court order Defendant to complete a first production of relevant, non-exempt records on December 1, 2018, with subsequent productions on a monthly basis. Under either proposed schedule, Plaintiff agrees to Defendant's proposal to submit another Joint Status Report on January 4, 2019.

Dated: November 5, 2018

Respectfully submitted,

---

[1] *See* Paul Fain, *New Life for ACICS*, Inside Higher Ed (Oct. 1, 2018), https://www.insidehighered.com/news/2018/10/01/trump-administration-recommends-restoration-acics-accreditor-remains-controversial.

| | |
|---|---|
| JESSIE K. LIU<br>D.C. Bar No. 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>By: /s/ *Scott Leeson Sroka (with consent)*<br>SCOTT LEESON SROKA<br>Member of New York Bar<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-7113<br>Scott.Sroka@usdoj.gov<br><br>*Counsel for Defendant* | By: /s/ *John T. Lewis*<br>Javier M. Guzman, D.C. Bar No. 462679<br>John T. Lewis, D.C. Bar No. 1033826<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>jguzman@democracyforward.org<br>jlewis@democracyforward.org<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

                                                  /s/ *John T. Lewis*
                                                  John T. Lewis