# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant.* | Case No. 1:18-cv-1596 (APM) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report. Counsel for the parties met and conferred by email on April 8, 2019. Defendant has continued to produce records pursuant to the schedule ordered by the Court, and Plaintiff is in the process of reviewing those records. The parties therefore respectfully request that the Court order the submission of another joint status report on June 10, 2019, to apprise the Court of the status of this matter.

Dated: April 9, 2019

/s/ *John T. Lewis*
JOHN T. LEWIS
D.C. Bar No. 1033826
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org

Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka (with consent)*
SCOTT LEESON SROKA
Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Scott.Sroka@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

                                              /s/ *John T. Lewis*
                                              John T. Lewis