IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD
FOUNDATION,

*Plaintiff*,

v.

U.S. DEPARTMENT OF EDUCATION,

*Defendant*.

Case No. 1:18-cv-1596 (APM)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated April 17, 2020, the parties respectfully submit this joint status report.

Since the April 17, 2020 Joint Status Report, the parties conferred and Defendant located approximately 4094 pages of responsive emails that inadvertently had not been processed or produced. The parties agreed that Defendant would process 1000 pages of emails per month to complete the production.[1] On May 22, 2020, Defendant processed and produced 1000 pages of emails to Plaintiff. On June 22, 2020, Defendant produced 1000 pages of emails to Plaintiff. AT the present rate, Defendant anticipates that this production will be completed by August 24, 2020.

---

[1] Defendant is able to process these records at an accelerated rate as they consist exclusively of external communications. Therefore, Defendant need not conduct a more labor-intensive review of the records for material exempt from disclosure under FOIA Exemption 5.

The parties also discussed the production of responsive attachments to previously-produced emails.  On April 22, 2020, Plaintiff provided an initial list of potentially responsive attachments that it continues to seek.  However, the parties agreed to suspend processing of the attachments pending the production of the emails described in the above paragraph.  Upon completion of this production, Defendant will continue processing Plaintiff's request for the identified attachments at the rate of 600 pages of records per month, as set forth in the court's August 26, 2019 Order.

Accordingly, the parties propose that they submit to the Court a joint status report on or before August 24, 2020, to apprise the Court of the status of the production.

| | |
|---|---|
| Dated: June 22, 2020 | Respectfully submitted, |
| /s/ *John T. Lewis*<br>JOHN T. LEWIS<br>D.C. Bar No. 1033826<br>Democracy Forward Foundation<br>1333 H St. NW<br>Washington, DC 20005<br>(202) 448-9090<br>jlewis@democracyforward.org | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>By: /s/ *Darrell C. Valdez*<br>DARRELL C. VALDEZ<br>D.C. Bar No. 420232<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-2507<br>Darrell.Valdez@usdoj.gov |