UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD
FOUNDATION,

*Plaintiff*,

v.

U.S. DEPARTMENT OF EDUCATION,

*Defendant.*

Case No. 18cv1596 (APM)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 22, 2020, the parties respectfully submit this joint status report.

In the November 2020 Joint Status Report, the Parties informed the Court that Defendant had completed the processing of responsive emails and was processing the attachments that Plaintiff identified as potentially responsive to the Plaintiff's Freedom of Information Act ("FOIA") request. The Parties informed the Court that the Defendant processed and produced documents to Plaintiff on September 22, 2020, October 22, 2020, November 20, 2020, and December 21, 2020.

Since the last Joint Status Report, the Defendant processed and produced documents to Plaintiff on January 22, 2021, and February 22, 2021. As agreed by the Parties, Defendant will continue to processes the identified attachments at the rate of 600 pages of records per month, as set forth in the Court's August 26, 2019 Order.

Accordingly, the parties propose that they submit to the Court a joint status report on or before April 23, 2021, to apprise the Court of the status of the production.

Dated: February 23, 2021                           Respectfully submitted,

/s/ *John T. Lewis*                                MICHAEL R. SHERWIN
JOHN T. LEWIS                                      Acting United States Attorney
D.C. Bar No. 1033826
Democracy Forward Foundation                       BRIAN HUDAK
1333 H St. NW                                      Acting Chief, Civil Division
Washington, DC 20005
(202) 448-9090                                     By: /s/ *Darrell C. Valdez*
jlewis@democracyforward.org                        DARRELL C. VALDEZ
                                                   D.C. Bar No. 420232
                                                   Assistant United States Attorney
                                                   555 Fourth Street, N.W.
                                                   Washington, D.C. 20530
                                                   (202) 252-2507
                                                   Darrell.Valdez@usdoj.gov